No. 331. SOSA *v.* ARZUAGA.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 5, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. Eduardo Acuña* for petitioner. *Mr. Benítez Castaño* for adverse party.

---

No. 304. BARREDA *v.* JUNCOS CENTRAL Co.—Appeal from the District Court of Humacao. Motion to reconsider the decision dismissing the appeal. Decided October 16, 1908. Motion overruled. *Mr. M. Tous Soto* for petitioner. *Messrs. Hartzell and Rodríguez Serra* for adverse party.

---

No. 341. FAJARDO *v.* CABASSA.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided October 27, 1908. Motion overruled. *Mr. López Landrón* for petitioner. *Mr. Manuel F. Rossy* for adverse party.

---

No. 340. MORALES *v.* MATIENZO ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided November 9, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Emigdio Ginorio* for petitioner. *Mr. La Torre* for adverse party.

---

No. 343. SERRALLÉS *v.* SERRALLÉS.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided November 16, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Parra* for petitioner. *Mr. Llorens Torres* for adverse party.